**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**JOSHUA ADAMS,**

**Plaintiff,**

**- against -**

**FUNDAMENTAL REALTY LLC ET AL.,**

**Defendants.**

**26-cv-2482 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

It having been reported to this Court that the parties have settled this action, it is hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within **thirty days** of the date of this order, counsel for the plaintiffs may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

Any application to reopen must be filed within **thirty days** of this order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purpose of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court. Unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

All pending motions are dismissed as moot. All conferences are canceled.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 8, 2026**

**John G. Koeltl**
**United States District Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA ADAMS,<br><br>Plaintiff,<br>vs.<br><br>FUNDAMENTAL REALTY LLC ET AL<br>Defendants. | **<u>Case No.:</u> <u>1:26-cv-02482-JGK</u>** |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that the parties have reached a settlement in principle of the above-captioned action.

The parties are in the process of completing the settlement agreement and all related settlement procedures. Accordingly, the parties respectfully request that the Court mark this matter settled and permit the parties Thirty-Days (30) days to finalize the settlement.

The parties anticipate filing a Stipulation of Dismissal within Thirty-Days (30) days upon completion of the settlement agreement and satisfaction of all settlement terms.

Dated: July 07, 2026

Respectfully submitted,

BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, NY 10011
(212) 433-2554

By: /s/ Maria-Costanza Barducci
Maria-Costanza Barducci, Esq.
*Attorney for Plaintiff*
Bar No. 5070487
MC@BarducciLaw.com